HAMILTON ET AL. *v.* McKEITHEN, GOVERNOR
OF LOUISIANA

No. 1046.   Decided March 16, 1970

*C. Alvin Tyler* for appellants.

*Jack P. F. Gremillion,* Attorney General of Louisiana,
and *Sam H. Jones* for appellee and intervenors below.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of a substantial federal question.

TRYON *v.* IOWA

No. 1090.   Decided March 16, 1970

*Donald E. O'Brien* for appellant.

*Richard C. Turner,* Attorney General of Iowa, and
*David A. Elderkin* and *Michael J. Laughlin,* Assistant
Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of jurisdiction.   Treating the papers
whereon the appeal was taken as a petition for a writ
of certiorari, certiorari is denied.